UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ROBERT MALEK, ROBERT MALEK C/O MARGARET MALEK

NEW YORK STATE UNIFIED COURT SYSTEM
NEW YORK STATE UNIFIED COURT SYSTEM ( JOHN DOE, JAN DOE )
KAMIL BOYCE, NEW YORK STATE UNIFIED COURT SYSTEM
N.Y. STATE OFFICE OF CHILDREN AND FAMILY SERVICES
SHEILA POOLE
ADMINISTRATION FOR CHILDRENS SERVICES, AKA ADMINISTRATION FOR CHILDRENS SERVICES NYC, AKA NYC CHILDREN
JACQUELINE WILLIAMS
ROSMIL ALMONTE
TRAVIS JOHNSON
MARGARET INGOGLIA
ARDAISHA HUDSON
JOHN DOE, AKA " MISTELE" FORTUNE
AMY SERLIN
LEGAL AID SOCIETY
J         P

CASE NUMBER : 1:22-cv-167 (TJM/DJS)

FILED FEB 22 2022
John M. Domurad, Clerk - Albany

## PLANTIFFS ORIGINAL COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF

### A. PARTIES

PLANTIFF DESIGNATION :

1. ROBERT MALEK, ( INDIVIDUAL PERSON )

DEFENDANT DESIGNATION :

1. NEW YORK STATE UNIFIED COURT SYSTEM, ( STATE GOVERNMENT DEFENDANT )

    OHN DOE, JANE DOE, NEW YORK STATE UNIFIED COURT SYSTEM ( RECORDS DEPT. )

3. KAMIL BOYCE, NEW YORK STATE UNIFIED COURT SYSTEM ( INDIVIDUAL PERSON, STATE GOVERNMENT EMPLOYEE )

4. NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES (STATE GOVERNMENT DEFENDANT)

4.5 SHEILA POOLE, COMMISSIONER OF OFFICE OF CHILDREN AND FAMILY SERVICES ( STATE GOV. EMPLOYEE )

5. JACQUELINE WILLIAMS ( INDIVIDUAL PERSON, KINGS COUNTY ACS / FAMILY COURT JUDGE, STATE GOVERNMENT EMPLOYEE. )

6. ADMINISTRATION FOR CHILDRENS SERVICES, AKA ADMINISTRATION FOR CHILDRENS SERVICES NYC, AKA NYC CHILDREN ( NYC GOVERNMENT DEFENDANT )

7. ROSMIL ALMONTE ( INDIVIDUAL PERSON, KINGS COUNTY ACS FAMILY COURT ATTORNEY WHOM SERVED ME WITH AMENDED PETITIONS )

8. TRAVIS JOHNSON ( INDIVIDUAL PERSON, LEGAL AID " ATTORNEY FOR THE CHILDREN " )

09. MARGARET INGOGLIA ( MY CHILDS MOTHER )

10. ARDAISHA HUDSON ( INDIVIDUAL PERSON, ACS WORKER WHOM SERVED ME WITH ORIGINAL PETITION )

11. JOHN DOE, AKA MISTELE FORTUNE, ( INDIVIDUAL PERSON ) SUPERVISOR OF ARDAISHA HUDSON ACS WORKER.

12. AMY SERLIN ( INDIVIDUAL PERSON " ATTORNEY FOR THE CHILDREN. " )

13. LEGAL AID SOCIETY ( THE NON PROFIT WHOM PROVIDES ATTORNEYS AND SOCIAL WORKERS FOR CHILDREN

14. JO___ P__ ___ ( MARGARET INGOGLIAS SON, ABUSER OF MY DAUGHTER, KILLER OF HIS FATHER )

1A. ACS / NYC Children served Petitions via Ardaisha Husdon, ACS ( A PARTY TO THE ACTION IN VIOLATION OF STATE AND FEDERAL LAW ) on 7-31-2018 and then served amended Petitions dated 1-2-2020 via their attorney, Rosmil Almonte in court on date of 2-20-2020.  However, they never filed either of the petitions with a clerk to generate a clerk stamp for filing. Summons was never issued for either petition. I repeat, THERE WAS NEVER ANY SUMMONS ISSUED FOR EITHER. EXHIBIT A.

1B. ACS / NYC Children did not sign or notarize the amended petitions either. Both petitions, EXHIBIT A AND EXHIBIT B also contain heresay statements neither signed nor sworn to.
EXHIBITS A AND B.

1C. ACS/ NYC Children did proceed along judge Jacqueline Williams, Amy Serlin, Travis Johnson, Rosmil Almonte, Ardaisha Hudson, John Doe aka Mistele Fortune, Margaret Ingoglia and many other acs workers such as Paula Garica with a case against Robert Malek, They fraudulently claimed jurisdiction and supervision over his daughter for a period of almost 4 years with no valid jurisdiction whatsoever and proceeded unlawfully under color of law. Their case is unlawful and void.
EXHIBIT C.

## 2. 8th AMENDMENT, ( CRUEL AND UNUSUAL PUNISHMENT ), CHILD ABUSE PREVENTION AND TREATMENT ACT, 18 US 3283

2A. MY DAUGHTER AND I HAVE NOT SEEN EACH OTHER SINCE MARCH 19, 2020 DUE TO JURISDICTION FRAUDULENTLY CLAIMED BY ACS AND FALSELY CONFERRED UPON NYC CHILDREN / ACS BY JUDGE JACQUELINE WILLIAMS WHO KNEW VERY WELL WHAT SHE TOOK PART IN. HARMING FATHER, DAUGHTER AND CASTING A DARK DISGRACEFUL SHADOW UPON THE PROFESSION OF LAW ) 2 INDICATEDS WERE RECORDED BY NYC CHILDREN / ACS UPON THE MOTHER, ONE FOR EDUCATIONAL NEGLECT AND THE OTHER FOR CHRONIC ILLNESS SINCE MY DAUGHTERS PLACEMENT WITH HER.  IN ADDITION TO TWO PRIOR INDICATEDS FOR PHYSICAL ABUSE OF MY CHILDS MOTHERS SON IN HER PAST WITH ANOTHER MAN WHEN THAT CHILD WAS NOT WITH THE FATHER BUT RATHER PLACED WITH MY CHILDS MOTHER AND HER MOTHER. MOTHER AND GRANDMOTH ABUSERS WHOM ABUSED JOSEPH PALOMINO. ANOTHER ACS FAILURE TO PROTECT CHILDREN AND ONCE AGAIN HERE AS WELL.. FURTHER EVIDENCE OF ABUSE UPON MY DAUGHTER AS WELL AS THE APPALLING CONDUCT OF ACS TO COVERUP AND CONCEAL CHILD ABUSE  CAN BE FOUND ON MY WEBSITE, ACSCOMPLAINTS.COM UNDER CRIMES UPON MY DAUGHTER WHICH STILL IS NOT FINISHED YET. ACS HAS REPEATEDLY AND HAS CONTINUED TO PLACE TWO CHILDREN WITH A MOTHER WHOM IS A 4 TIME KNOWN CHILD ABUSER. OF NOTE IS THAT JOSEPH PALOMINO WHOM WAS PHYSICALLY ABUSED BY HIS MOTHER AND GRANDMOTHERBEAT HIS FATHER UNCONSCIOUS WHOM DIED SOON AFTER. THIS CHILD AND 4X KNOWN CHILD ABUSER, MOTHER MARGARET INGOGLIA ARE OBVIOUSLY CAUSING GREAT HARM TO MY DAUGHTER AS OUTLINED ON MY WEBSITE ACSCOMPLAINTS.COM

## 3. 14TH AMENDMENT, 18 US 242, 18 US 1621, 18 US 1622, 18 US 2071, FEDERAL RULE # 4

3A. FOR THE REASONS OUTLINED ABOVE, PLUS THE FOLLOWING :
1. NYC CHILDREN / ACS SERVED AMENDED PETITIONS THAT CONTAINED KNOWN FACTUAL PERJURY ON THE PART OF THE PETITIONER. I STATED SO IN COURT UPON ACS AND TO THE JUDGE. THEY DID NOT CARE. PLEASE VIEW TRANSCRIPT, STARTING ON PAGE " 473 ".

EXHIBIT D.

KNOWN FACTUAL PERJURY ON THE PART OF THE GOVERNMENT PETITIONER VIOLATES DUE PROCESS.

EXHIBIT E.

THE AMENDED PETITIONS, WHILE DATED 1-2-2020 WERE SERVED ON 2-20-2020. REFER TO PAGE " 518 " .

EXHIBIT F.

THE MATTER HERE IS THAT ACS AMENDED THE PETITION TO STATE THAT ALL MY CALLS TO THE SCR ( STATE CENTRAL REGISTRY )WERE FALSE. MEANWHILE, AS CAN BE SEEN IN THE STATE OFFICE OF CHILDREN AND FAMILY SERVICES RECORDS,  THEY HAVE RECORDED TWO INDICATED FROM MY CALLS. ONE WAS FOR EDUCATIONAL NEGLECT AND THE OTHER WAS FOR CHRONIC ILLNESS. NOT TO MENTION, MANY WERE CORRECT AS BEING REFERENCED TO CASE OPEN, SERVICES OR SERVICES PROVIDED.

EXHIBIT G

WHEN I ATTEMPTED TO OBTAIN RECORDS FROM THE KAMIL BOYCE, HE TELLS ME
HE IS GOING TO BE OUT AND HAS NO IDEA WHEN HE IS COMING BACK. HE DOES NOT RESPOND TO ME
WHEN I TELL HIM THAT THE RECORDS ROOM IS NOT RESPONDING TO MY RECORDS REQUESTS.

RECORDS WAS IGNORING MY REQUEST FOR RECORDS TO BE 100% CERTAIN THAT NO PETITION OR AMENDED PETITION WAS EVER STAMPED BY THE CLERKS OFFICE. NO AMENDED PETITION I EVER RECIEVED
PREVOUSLY WAS. I WANTED TO CONFIRM THIS BEFORE FILING UPON THIS MATTER. THEY IGNORED ME
AND KAMIL ABANDONED ME, UNLAWFULLY PREVENTING ME FROM ACCESSING MY RECORDS.

EXHIBIT H

SUMMONS WAS NEVER ISSUED IN THIS CASE IN VIOLATION OF FEDERAL RULE # 4.
FURTHERMORE, SUMMONS NOT BEING ISSUED VIOLATES A PLETHORA OF NY CPLR AND IN DOING SO, VIOLATES DUE PROCESS NYS CONSTITUTION #10 AND FEDERAL AMENDMENT # 14.

EXHIBIT I


## KIDNAPPING VIOLATION OF 18 US 1201

**[WITH]OUT SUMMONS AND WITHOUT A SIGNED OR NOTARIZED PETITION, THERE WAS ZERO JURISDICTION TO TAKE MARGARET MALEK FROM HER FATHER AND FROM HER HOME. SHE WAS KIDNAPPED VIA FRAUDULENTCONSPIRACY.**

## C. VENUE

1. VENUE IS PROPER IN THIS DISTRICT UNDER 28 USC 1391 B1 BECAUSE DEFENDANTS 1 and 4 are state defendants and 2,3, 4.5 and 5 are employed by the state whom I am suing individually.

2. VENUE IS ALSO PROPER UNDER 28 USC 1391 B2 BECAUSE A SUBSTANTIAL PART OF THE EVENTS OR OMMISSIONS GIVING RISE TO THIS CLAIM OCCURRED IN THIS DISTRICT.

A. NEW YORK STATE UNIFIED COURT SYSTEM SINCE FACTS SHOW THAT THE STATE COURT SYSTEM DID NOT FUNCTION IN ACORDANCE WITH STATE AND FEDERAL LAW.

B. JOHN DOE, JANE DOE, NEW YORK STATE UNIFIED COURT SYSTEM WHOM HAVE TAKEN PART IN IGNORING AND OR DELETING EMAILS. OR, THE NEW YORK STATE UNIFIED COURT SYSTEM EMAIL CORRESPONDENCE SERVER IS NOT SECURE.

EXHIBIT H.

C. KAMIL BOYCE A NEW YORK STATE UNIFIED COURT SYSTEM EMPLOYEE DECIDES TO GO " ON VACATION " IGNORING NEEDS FOR RECORDS TO BE BACK...... MAYBE NOT AT ALL !

EXHIBIT H

D. NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES WHOM OVERSEES THE VARIOUS CITY CHILD PROTECTIVE AGENCIES THROUGHOUT THE STATE IS NOT EFFECTIVELY MONITORING ACS / NYC CHILDREN

E. JACQUELINE DAVID WILLIAMS IS AN EMPLOYEE OF NEW YORK STATE UNIFIED COURT SYSTEM..

**WHILE IT MAY APPEAR ON ITS FACE THAT IF THE FIRST 6 DEFENDANTS ARE IN THE NORTHERN DISTRICT AND THE OTHER 9 ARE NOT, THAT NORTHERN DISTRICT VENUE IS IMPROPER, I DISAGREE. DEFENDANTS 1-5 HOSTED DEFENDANTS, WITH # 4.5 AS OVERSIGHT AND CONFERRED UPON THEM ( LAST NINE ) WITH AUTHORITY, SUPPORTED BY THE NEW YORK CITY POLICE DEPARTMENT, AND NEW YORK STATE COURT OFFICERS TO ENFORCE UNLAWFUL BEHAVIOR THAT SIGNIFICANTLY HARMED FATHER AND CHILD DEPRIVING US OF OUR RIGHTS. THE STATE DEFENDANTS ALSO, TOOK ACTIONS TO CONCEAL AND PREVENT PLANTIFF FROM OBTAINING RECORDS TO BE ABLE TO PRESENT EVIDENCE OF VIOLATION OF LAW TO A COURT OF COMPETENT APPROPRIATE JURISDICTION. THE LAST DEFENDANTS COULD ONLY TALK ABOUT HARM THAT THEY WISHED TO DO, THE FIRST DEFENDANTS MADE THE HARM AN ONGOING ~4 YEAR NIGHTMARE REALITY OF BLATANT CRUELTY UPON PARENT AND CHILD POSSIBLE. MANY TIMES I HAVE TRIED TO CONTACT SHEILA POOL AT HER EMAIL TO NO AVAIL.**

## D. FACTS

1. ACS / NYC CHILDREN SERVE ROBERT MALEK WITH TWO PETITIONS OUTSIDE JUDGE WILLIAMS COURTROOM OF THE NEW YORK STATE UNIFIED COURT SYSTEM VIA ARDAISHA HUDSON ACS ON 7-31-2018. THEY WERE NOT FILED AND NO SUMMONS WAS ISSUED. MARGARET INGOGLIA, AMY SERLIN, ROSMIL ALMONTE TOOK PART IN SUCH ORRENDOUSLY TRAUMATIC ACTIONS AGAINST PARENT ROBERT MALEK AND CHILD MARGARET MALEK, ...ONAPPING HER.

EXHIBIT A

2. JUDGE WILLIAMS ISSUES ORDER OF PROTECTION AND REMOVES MY DAUGHTER FROM HER HOME 7-31-2018

EXHIBIT K

3.. ACS / NYC CHILDREN, VIA THEIR ATTORNEY, ROSMIL ALMONTE ON 2-20-2020 SERVES AMENDED PETITIONS DATED 1-2-2020 UPON RESPONDENT ROBERT MALEK IN ACS CASE. THE AMENDED PETITIONS WERE NEITHER SIGNED NOR NOTARIZED, NO SUMMONS AND NO COURT STAMP. TRAVIS JOHNSON, JUDGE JACQUELINE WILLIAMS AND MARGARET INGOGLIAS ATTORNEY WERE IN ATTENDANCE AND SAY NOTHING TO OPPOSE SUCH UNLAWFUL BEHAVIOR. NOT IN ITS DISCUSSION OR DURING ITS SERVE.

EXHIBITS D AND F.

4. JUDGE WILLIAMS IS INFORMED THAT THE AMENDED PETITION IS KNOWN GOVERNMENTAL PERJURY ON THE PART OF PETITIONER FOR NEW YORK CITY AGAINST RESPONDENT. IN THE STATE RECORDS ACS HAS REPORTED TWO INDICATED AND SEVERAL CASE OPEN SERVICES DUE TO MY CALLS FOR THE SAFETY, BENEFIT AND WELFARE OF THE CHILDREN. THE CITY OF NEW YORK PERPETRATED KNOWN PERJURY AND PRESENTED FALSE DOCUMENTS UPON RESPONDENT KNOWINGLY, ACCEPTED KNOWINGLY BY NEW YORK STATE UNIFIED COURT SYSTEM EMPLOYEE, JUDGE JACQUELINE WILLIAMS WHO EXCLAIMS TO ME " WELL THIS IS WHAT THEY ARE ASKING FOR. "

EXHIBITS D AND G.

5. THE AMENDED PETITION VIOLATES BOTH STATE AND FEDERAL EQUAL PROTECTION OF LAWS PROVISION OF NYS CONST. # 10 AND FEDERAL AMENDMENT# 14. SINCE THE CHILDREN ARE PLACED WITH A MOTHER THAT WAS PREVIOUSLY TWICE ADJUDICATED BY ACS TO BE A PHYSICAL ABUSER OF HER SON ALONG WITH HER MOTHER WITH TWO ARTICLE 10 LOSSES. NOW, THERE ARE TWO MORE INDICATEDS UPON THE MOTHER BY ACS UPON THE CHILDREN FOR EDUCATIONAL

NELGECT AND CHRONIC ILLNESS. THE CHILDREN ARE ALLOWED TO REMAIN WITH SUCH A PARENT, WHILE ROBERT MALEK HAS NO NEGATIVE HISTORY WHATSOEVER. 100% CLEAN. TRAVIS JOHNSON, ATTORNEY FOR THE CHILDREN ALLOWED THIS TO OCCUR ALONG WITH STATE EMPLOYEE JUDGE JACQUELINE WILLIAMS.

EXHIBITS J AND G.

6. ROBERT MALEK TRIED TO CONTACT RECORDS AT KINGS FAMILY COURT @NYCOURTS.GOV AND KAMIL BOYCI AN EMPLOYEE OF THE NEW YORK STATE UNIFIED COURT SYSTEM FOR RECORDS TO NO AVAIL. KINGS FAMILY COURTIGNORED, WHILE KAMIL RESPONDED WITH BEING OUT OF THE OFFICE AND NO IDEA OF DATE OF RETURN EITHER. IN DOING SO, THEY PREVENTED ROBERT MALEK FROM SHOWING PROOF OF OBTAINING PETITIONS THAT WERE NEVER FILED. APPARENTLY, THEY HAD MUCH TO HIDE SINCE I HAVE NEVER RECEIVED THESE PETITIONS WITH A STAMP TO BEGIN WITH. IT IS CLEAR THEY PROCEEDED ON A CASE FOR ALMOST 4 YEARS WITHOUT HAVING FILED, ISSUED SUMMONS, SIGNING OR NOTARIZING WHAT THEY CLAIMED AGAINST ROBERT MALEK OF WHICH ACS / THE CITY OF NEW YORK KNEW CONTAINED FACTUAL STATEMENTS THAT WERE FALSE.

EXHIBITS H , B, C , J.

### LEGAL DISCUSSION :

1. ON 7-31-2018, THE CITY OF NEW YORK PAID ARDAISHA HUDSON AND JOHN DOE, AKA MISTELE FORTUNE TO SERVE A PETITION UPON ROBERT MALEK THAT WAS NEVER FILED AND WITH NO SUMMONS. SUCH IS IN VIOLATION OF A SUBSTANTIAL AMOUNT OF NY CPLR AND CASE LAW, VIOLATING DUE PROCESS RIGHTS OF DEFENDANT, ROBERT MALEK, NYS CONST. # 10 AND US AMENDMENT # 14. COUNTERPART OF FEDERAL LAW IN ISSUANCE OF SUMMONS IS RULE # 4. ARDAISHA HUDSON SERVED HER OWN PETITIONS WHICH IS UNLAWFUL BECAUSE SHE IS A PARTY TO THE ACTION. PLEASE VIEW

EXHIBIT A

2. EXTENSIVE ANALYSIS OF NEW YORK STATUTES AND CASE LAW REGARDING THE NECESSITY OF ISSUING SUMMONS. EXHIBIT I.

3. ON THIS DATE IN A COURT WITHIN THE NEW YORK STATE UNIFIED COURT SYSTEM IS WHERE THE EXECUTION OF VIOLATION OF LAWS BEGIN.

4. ACS NEW YORK CITY PRESENTS THIS PETITION TO JUDGE WILLIAMS, AND HER COURT ATTORNEY, HENDERSON BRATHWAITE, EMPLOYEES OF THE NEW YORK STATE UNIFIED COURT SYSTEM. ATTORNEY AMY SERLIN
WHOM IS BOUND BY ETHICS UPON ALL LICENSED ATTORNEYS IS PRESENT ALONG WITH MARGARET INGOGLIAS ASSIGNED LAWYER, ROBERT MAES, ALSO A ETHICS BOUND LICENSED ATTORNEY. WITH ALL PARTIES IN PLACE, THEY EXECUTETHEIR PLAN IN VIOLATION OF STATE AND FEDERAL LAW. TO START, THE PARTIES VIOLATED EXTENSIVE NY CPLR AND CASE LAW AS CAN BE SEEN WITHIN EXHIBIT I ABOVE. THEY PROCEED TO CLAIM JURISDICTION, WHICH IS A FRAUD. AS CAN BE WITNESSED IN EMAIL, AND VIA TEMP OOP

EXHIBITS C AND J.

5. THEY ( ROSMIL ALMONTE, AMY SERLIN, MARGARET INGOGLIA, ROBERT MAES, JACQUELINE WILLIAMS ) CONSPIRE AND PROCEED IN VIOLATION OF 18 US 242 AS CAN BE WITNESSED IN THE COURT PROCEEDING TRANSCRIPT TO KIDNAP M~~ARGARET MALEK~~ FROM HER HOME AND FROM HER FATHER IN VIOLATION OF 18 US 1201.

6. THEY THEN MOVE FROM CONSPIRACY TO COMMIT KIDNAPPING TO EXECUTION OF THE KIDNAPPING ITSELF, ALSO IN VIOLATION OF 18 US 1201.

7. THE NEW YORK STATE UNIFIED COURT SYSTEM USED ARMED GUARDS TO PREVENT ME FROM LEAVING THE COURTHOUSE TO PREVENT THE KIDNAPPING OF MY OWN CHILD. SOME OF HER ABUSE OVER THE COURSE OF YEARS CAN BE SEEN ON WEBSITE ACSCOMPLAINTS.COM UNDER CRIMES UPON MY DAUGHTER.

8. ON JAN 2, 2020, ACS NEW YORK CITY, VIA ROSMIL ALMONTE ACS LAWYER, WITH ROBERT MAES MY CHILDS MOTHER ASSIGNED LAWYER FROM BROOKLYN DEFENDER SERVICES, TRAVIS JOHNSON, ATTORNEY FOR BOTH CHILDREN ! FROM THE LEGAL AID SOCIETY, AND JUDGE JACQUELINE WILLIAMS PRESENT, SERVE ROBERT MALEK WITH AMENDED PETITION. SUCH AMENDED PETITION. SUCH AMENDED PETITION IS NOT SERVED WITH SUMMONS WHICH VIOLATES THE LAW INDICATED ABOVE. IT IS ALSO NOT SIGNED, NOR NOTARIZED EITHER AND IS IN ITS ENTIRETY, FATALLY DEFECTIVE AND CONFERS NO JURISDICTION WHATSOEVER UPON ROBERT MALEK.
THE AMENDED PETITION CONTAINS KNOWN STATEMENTS OF FACTUAL PERJURY BY ACS OF NEW YORK CITY, STATING THAT ALL MY CALLS TO THE SCR WERE FALSE WHEN RIGHT IN THE STATE SCR RECORDS, MY CALLS WERE REPEATEDLY INDICATED AND CASE OPEN SERVICES PROVIDED FOR THE CHILDREN. WHEN I INFORMED EVERYONE IN ATTENDANCE OF SUCH INTENTIONAL FRAUDULENT PERJURY, NO ONE SAID A WORD IN OBJECTION OR MADE ANY EFFORT TO CORRECT WITH THE JUDGE STATING " THIS IS WHAT ACS IS ASKING FOR, !" AND ACCEPTED THE UNSIGNED, NOT NOTARIZED, NO SUMMONS AMENDED PETITIONS. VIOLATING 14TH AMENDMENT, NYS CONST. # 10, 18 US 242, 18 US 1621, 18 US 1622 AND CONTINUING TO FRAUDULENTLY CLAIM JURISDICTION, FURTHERING THE CONSPIRACY AND ACT OF KIDNAPPING OF MY DAUGHTER IN VIOLATION OF 18 US 1201.

9. WHEN I TRY TO OBTAIN THE MOST RECENT COURT RECORDS REGARDING THESE PETITIONS TO DETERMINE IF
THERE WAS EVER A STAMP, KINGS COUNTY FAMILY COURT IGNORES THE REQUESTS WHILE KAMIL BOYCE PROVIDES NO HELP AND INFORMS HE IS OUT OF THE OFFICE WITH NO RETURN DATE PROVIDED. EXHIBIT H IN VIOLATION OF 18 US 2071.

## E. COUNT OF LAW VIOLATION PER EACH DEFENDANT

DEFENDANT NUMBER 1, NEW YORK STATE UNIFIED COURT SYSTEM :
VIOLATION OF : 14TH AMENDMENT, 18 US 2071, 18 US 242, 8TH AMENDMENT, 18 US 1201.

DEFENDANT NUMBER 2 , JOHN DOE, JANE DOE NEW YORK STATE UNIFIED COURT SYSTEM:
VIOLATION OF : 18 US 2071, 14TH AMENDMENT

DEFENDANT NUMBER 3 KAMIL BOYCE NEW YORK STATE UNIFIED COURT SYSTEM :
14TH AMENDMENT, 18 US 2071

DEFENDANT NUMBER 4 OCFS ( OFFICE OF CHILDREN AND FAMILY SERVICES ):
8TH AMENDMENT , 14TH, 18 US 242, 18 US1621, 18 US 1622, 18 US 3283 AND 18 US 1201, CHILD ABUSE PREVENTION AND MALTREATMENT ACT. ( CAPTA ), RULE 4.

DEFENDANT NUMBER 5 JACQULINE WILLIAMS :
VIOLATION OF 14TH AMENDMENT, 8TH AMENDMENT, 18 US 242, 18 US 3283, 18 US 1201, CAPTA.

DEFENDANT NUMBER 6 : ACS / NYC CHILDREN
8TH AMENDMENT , 14TH, 18 US 242, 18 US1621, 18 US 1622, 18 US 3283 AND 18 US 1201, CHILD ABUSE PREVENTION AND MALTREATMENT ACT. ( CAPTA ), RULE 4.

DEFENDANT NUMBER 7. ROSMIL ALMONTE
8TH AMENDMENT , 14TH, 18 US 242, 18 US1621, 18 US 1622, 18 US 3283 AND 18 US 1201, CHILD ABUSE PREVENTION AND MALTREATMENT ACT. ( CAPTA ), RULE 4.

DEFENDANT NUMBER 8 TRAVIS JOHNSON
8TH AMENDMENT , 14TH, 18 US 242, 18 US1621, 18 US 1622, 18 US 3283 AND 18 US 1201, CHILD ABUSE PREVENTION AND MALTREATMENT ACT. ( CAPTA ), RULE 4.

DEFENDNAT NUMBER 9 : MARGARET INGOGLIA
8TH AMENDMENT , 14TH, 18 US 242, 18 US1621, 18 US 1622, 18 US 3283 AND 18 US 1201, CHILD ABUSE PREVENTION AND MALTREATMENT ACT. ( CAPTA ),

DEFENDANT NUMBER 10 : ARDAISHA HUDSON
8TH AMENDMENT , 14TH, 18 US 242, 18 US1621, 18 US 1622, 18 US 3283 AND 18 US 1201, CHILD ABUSE PREVENTION AND MALTREATMENT ACT. ( CAPTA ), RULE 4.

DEFENDANT NUMBER 11 : JOHN DOE, AKA MISTELE FORTUNE
8TH AMENDMENT , 14TH, 18 US 242, 18 US1621, 18 US 1622, 18 US 3283 AND 18 US 1201, CHILD ABUSE PREVENTION AND MALTREATMENT ACT. ( CAPTA ),

DEFENDANT NUMBER 12 : AMY SERLIN
8TH AMENDMENT , 14TH, 18 US 242, 18 US1621, 18 US 1622, 18 US 3283 AND 18 US 1201, CHILD ABUSE PREVENTION AND MALTREATMENT ACT. ( CAPTA ),

DEFENDANT NUMBER 13 : LEGAL AID SOCIETY
8TH AMENDMENT , 14TH, 18 US 242, 18 US1621, 18 US 1622, 18 US 3283 AND 18 US 1201, CHILD ABUSE PREVENTION AND MALTREATMENT ACT. ( CAPTA ),

DEFENDANT NUMBER 14 : MARGARET INGOGLIAS SON : J. R.
8TH AMENDMENT , 18 US 242, 18 US1621, 18 US 1622, 18 US 3283 AND 18 US 1201, CHILD ABUSE PREVENTION AND MALTREATMENT ACT. ( CAPTA ),

In summary, as a judge, i cant tell you how to do your job. What I can do however, is tell you how I would do mine.

Since this has happened to me, I have decided to devote my life to defeating the corrupt evil of new york city, acs / nyc children whom like Dr Mengele was called a doctor, they are called child welfare to deceive and conceal the abuse they inflict on parents, children and families. At this time, I have 3 websites, acs complaints.com, acs worker complaints.com and new york state court corruption .com with many more soon to come along with a slowly growing forum.

I attended the last Hevesi meeting in Manhattan which was an incredible, though heartbreaking experience where I spoke last and from what I was told, spoke like...... forever... I dont know how I spoke so well but praise god and my daughters inspiration and love, I did.

If I were the judge, my main concern would be for the safety and welfare of a young, defenseless, innocent, wonderful little girl whose safetey and well being rested in my hands.

While I would have concern for whether there was summons, etc., what I would think as a judge is that there are laws for a reason. It isnt about the steps, the red tape or the just fughgettaboudit mindset of acs and their workers whom could care less about the law and dont know why there is law. God bless America, we have our laws for a reason and in this case and most, good reasons.

The whole point of requiring a litigant to file a petition, obtain a summons, sign a petition, swear to it and serve it properly is to ensure that the person or people whom are invoking jurisdiction of the court RESPECT the court, the law, take the matter SERIOUSLY and are telling the truth. ACS NYC and its corrupt rico cohorts have concern for one and only one person and that person is the ACS crime family and everyone whom is part of the sphere of the rico of the crime family that it is.

Just like Al Capone could care less who served you as long as Capone did, ACS could give a damn about whether or not you are a party to the action serves you, signs, swears or follows any protocol. When Al Capone told you you were served, YOU WERE. Just like ACS.

So with this, comes you the judge and as you know, if it walks like a duck, quacks like a duck and looks like a duck, its a duck. The alarm should go off as red flags rise.

People who have no regard for the law and dont care to even sign their name to what they say, like hood cloaked executioners, well, they wouldnt get too far with me in the credibility deparment if anywhere at all.

I would immediately then move to step B to confirm that if I'm smelling smoke, there has to be fire somewhere and that fire in this case is right smack in Margaret Ingoglias background, whom had two article 10 cases filed against her and her mother for abuse of her son whom was hence placed with his father Juan Palomino. J●●, years later, then beat his father unconscious, arrested , his father didnt want to prosecute his own son and died shortly thereafter, J● getting away with killing his own dad. J● was then placed with my daughter and Margaret thanks to the ACS child abusing crime syndicate.. Then, the ACS capos obviously placed my daughter with the father killer and the two time physical abuser, Margaret Ingoglia ALONE without the protection of her father which can be seen in the exhibits provided as well as ACS Complaints.com which is much more thorough in the ( CRIMES UPON MY DAUGHTER SECTIONS ).

Then, being the neglectful and abusive parent Margaret is and the killer J● is, began OBVIOUSLY abusing my daughter which can be viewed once again on my website, acs complaints.com

In furtherance of my daughters abuse, the ACS crime family along with its associated child abusive crime family, the disgraceful legal aid society fraud, placed and have kept along with the ACS capos my daughter in an environment where they have proudly reported to the State Central Registry educational neglect and chronic illness of the children. As a matter of fact, when my daughters diet was one that was high in bread and caused her constipation, the ACS child abusing crime family along with their companion child abusing crime family, Legal Aid Society, rather than to change my daughters diet, put her on a diet of LONG TERM REGULAR DOSES OF ANTIFREEZE.

WHAT ?

LET ME REPEAT THAT.

ANTIFREEZE.

MR. MALEK, PLEASE SAY THAT AGAIN.

OK.I WILL...

ANTIFREEZE.

https://myemail.constantcontact.com/What-Do-Miralax-And-Antifreeze-Have-In-Common--.html?soid=1110193228788&aid=M71HzeDJ9vE

Meanwhile, J● was given a nutritionist long before this to ensure his diet was primo while my daughter was made to suffer with the same liquid used to DEICE AIRPLANE RUNWAYS.

My daughter went from the finest food from whole foods and trader joes to 3 dollars a day and then... get this !!! 5 dollars a day total for the total needs of each person, including food. What can be found in the notes is that J● Pa●●●●● was obese. So lets see. J● Pa●●●●● is obese, Margaret Ingoglia is as well and they are supposed to be getting obese off what ? 3-5 dollars a day of food ??!?!?!? Obviously not.

NOW WE KNOW HOW MUCH MY DAUGHTER IS LIVING ON. PEOPLE SPEND MORE ON CATS TO EAT THAN THE AMOUNT OF FOOD THEY ARE GIVING MY DAUGHTER. BREAD AND WATER, STUNTED GROWTH AS CAN BE SEEN IN THE EXHIBITS PROVIDED.

MY DAUGHTER IS EATING WITH A SIMILAR BUDGET OF WHAT WAS GIVEN TO PRISONERS OF WAR AND CONCENTRATION CAMP VICTIMS.

I SAID ABOVE THAT LEGAL AID SOCIETY IS A CRIME FAMILY. IT IS A CHILD ABUSING FRAUD. IF THEY DONT LIKE WHAT I AM CALLING THEM ALONG WITH CHLID ABUSERS TRAVIS JOHNSON AND AMY SERLIN, GO AHEAD AND COUNTER SUE. MAKE MY DAY. I HAVE ALL THE EVIDENCE TO BACK UP WHAT I SAY AS TO THE EVIL OF WHAT YOU TRULY ARE.

.

After my website is viewed which is nowhere near done with all the abuse evidence I have of my daughter, not to mention what i provide here and then considering I have ZERO background of any abuse or criminal conviction, it provides clarity as to be able to decide this case as to whom
had malice in taking part of the deprivation of rights of father and daughter, kidnapping my child, concealing records, commiting known factual perjury and totally disregarding any procedural due process required.

These people even made fun of me for having Covid, calling me the covid scare. When I told them repeatedly that they should stop making fun of me and mocking those whom have died, they ignored me, baiting me to curse them out which I did of which resulted in them having used my words against me. I knew they would and played directly into their trap to show how far they will go to abuse and disparage a parent in any way possible for their own enjoyment and legal advantage with no respect for themselves or others whatsoever.

The acs crime family and all associated played their role as described intentionally and with malicious evil of intending to abuse children and parents, placing a child with a parent whom they knew and continued to know was being abused, even ensuring neglect of my daughters health which they proudly reported to the SCR whom proudly records it and does nothing. So to recap that, indicate chronic illness of the children and then feed my daughter antifreeze to make sure she continues to be chronically ill.

I am asking for significant monetary damage for my daughter and I, though money is secondary to the safety and welfare of my child, a termination of the case in kings county family court and immediate return of my daugher to her daddy whom loves her and unlike her mother whom would call her a bitch before she was 1 year old, ( evidence on acscomplaints.com ) I consider my daughter to be the mos wonderful child a parent could ever have. She does not deserve to be kidnapped.

YOUR HONOR, MY CHILD, ANY CHILD DESERVES NOT TO LIVE ON 3 DOLLARS A DAY OF FOOD, IF THAT. PLEASE SAVE HER AND GET HER OUT OF THAT HOME. WITH ME SHE WAS SICK ONLY ONE TIME. HEALTHY.

# REQUEST FOR PRELIMINARY INJUNCTION

1. PLANTIFF WILL LIKELY SUFFER IRREPARABLE INJURY IF DEFENDANT IS NOT RESTRAINED FROM PROCEEDING WITH CASE IN ACS FAMILY COURT.

2. PLANTIFF WILL LIKELY SUFFER IRREPARABLE INJURY IF DEFENDANT IS NOT RESTRAINED FROM CONTINUED CUSTODIAL INTERFERENCE AND KIDNAPPING OF MY CHILD, MARGARET MALEK. WE HAVENT SEEN EACH OTHER SINCE 3-18-20 !!!!!!!!!!!!!!!

3. PLANTIFF WILL LIKELY SUFFER IRREPARABLE INJURY IF DEFENDANTS ARE NOT RESTRAINED FROM CAUSING MY DAUGHTER AND I FURTHER HARM.

4. PLANTIFF WILL LIKELY SUFFER IRREPARABLE INJURY IF DEFENDANTS ARE NOT RESTRAINED FROM ALLOWING MY DAUGHTER TO FINALLY AFTER 4 YEARS OF ABUSE, TO GO BACK HOME TO BE SAFE AND LOVED ONCE AGAIN. NOTE PICTURE ON ACS COMPLAINTS.COM OF MY DAUGHTERS MOTHER WITH HER MOTHER. ZERO AFFECTION WHICH IS EXACTLY HOW MARGARET INGOGLIA TREATS OUR DAUGHTER.

5. PLANTIFF WILL LIKELY SUFFER IRREPARABLE HARM IF HIS DAUGHTER IS NOT REMOVED FROM THE PRESENCE AND SHELTER RESIDENCE OF JOSEPH PALOMINO, HER ABUSER AND KILLER OF HIS FATHER AND RETURNED HOME.

6. PLANTIFF WILL LIKELY SUFFER IRREPARABLE HARM IF HIS DAUGHTER IS NOT REMOVED FROM THE PRESENCE AND SHELTER RESIDENCE OF MARGARET INGOGLIA AND RETURNED HOME., HER MOTHER HAS PHYSICALLY ABUSED JOE, NOW MY DAUGHTER AND ACCORDING TO ACS, HAS EDUCATIONALLY AND HEALTH WISE, NEGLECTED BOTH CHILDREN. A TOTAL DISASTER.

7. THERE IS A SUBSTANTIAL LIKELIHOOD THAT PLANTIFF WILL PREVAIL ON THE MERITS BECAUSE THE FACTS ARE OVERWHELMING CLEAR AND OBVIOUS AS TO EXAMINATION AS A WHOLE, THE HORRENDOUS, DEPLORABLE LAWLESS ACTIONS OF THE DEFENDANTS IN THIS CASE.

CASELAW SUPPORT :
SEE DORAN VS SALEM INN, INC., 422 US 922 931-932 ( 1975 ); COALITION OF CONCERNED CITIZENS TO MAKE ART SMART VS FED TRANSIT ADMIN OF US DEPT OF TRANSPORTATION 843 F3D 886 901 ( 10TH CIRCUIT 2016 ) SINDICATO PUERTORRIQUENO DE TRABAJADORES VS FORTUNO, 699 F3D 1, 10-11 ( 1ST CIRCUIT 2012 );" SUBSTANTIAL LIKELIHOOD OF SUCCESS, "

8.. THE HARM FACED BY THE PLANTIFF OUTWEIGHS THE HARM THAT WOULD BE SUSTAINED BY DEFENDANT IF THE PRELIMINARY INJUNCTION WAS GRANTED. THE HARM TO MY DAUGHTER, THE HARM TO A CHILD OUTWEIGHS ANY OTHER CONSIDERATION. THEIR CASE MUST BE DISMISSED AND MY DAUGHTER MUST BE RETURNED HOME TO SAFETY ASAP. THE DAYS OF HER LIVING, PHYSICALLY ABUSED, CHRONICALLY ILL AS ACS HAS INDICATED AND EDUCATIONALLY NEGLECTED MUST END YOUR HONOR AS SOON AS YOU CAN POSSIBLY EFFECT SUCH RELIEF FOR HER. THIS IS NO ANGELINA JOLIE VS BRAD PITT CASE. THIS IS A MATTER OF WHERE EVEN THE PETITIONER IS INDICATING MULTIPLE FORMS OF ABUSE AND NEGLECT OF MY WONDERFUL CHILD. PLEASE YOUR HONOR, FREE MY CHILD FROM FROM NOT ONLY PARENTAL KIDNAPPING BUT ABUSE AKIN TO A PRISONER OF WAR SINCE SHE WAS 3 AND NOW 7. THIS IS HEARBREAKINGLY CRUEL. PLEASE.

CASE LAW SUPPORT :
SEE YAKUS VS UNITED STATE, 321 US 414, 440 ( 1944 ); OPULENT LIFE CHURCH VS CITY OF HOLLY SPRINGS, 697 F 3 D, 279, 297 ( 5TH CIRCUIT 2012 ), COCA COLA COMPANY VS PURDY, 382 F 3D 774, 789 ( 8TH CIRCUIT 2004 ); " BALANCE OF HARDSHIPS, "

09. ISSUANCE OF A PRELIMINARY INJUNCTION WOULD NOT ADVERSELY AFFECT THE PUBLIC INTEREST. AS A MATTER OF FACT, IT WOULD BENEFIT THE PUBLIC INTEREST. NO NORMAL MEMBER OF SOCIETY WOULD EVER WISH TO SEE A CHILD ABUSED SUCH AS MINE IS. THIS IS NOT ACCEPTABLE IN A CIVILIZED SOCIETY FOR CHILDREN ) EAT ON THE SAME BUDGET YOU WOULD APPROPRIATE FOR A KITTEN. I WILL PROVIDE THIS EVIDENCE ASAP TO THE COURT ON THIS CASE. PEOPLE BELIEVE AND HAVE FAITH IN OUR COUNTRY. THE UNITED STATES OF AMERICA WHAT IS OCCURRING HERE IS A DISGRACE TO OUR COUNTRY AND OUR CITIZENS. CHILDREN SHOULD NOT BE NEGLECTED AND ABUSED PLACED INTO SUCH SITUATIONS BY CORRUPT GOVERNMENTAL AND CORPORATE CHILD ABUSING AGENCIES SUCH AS THE LEGAL AID SOCIETY AND THE ADMINISTRATION FOR CHILDRENS SERVICES.

**CASELAW SUPPORT :**
OPULENT LIFE CHURCH, 697 F 3D AT 298; ALL. FOR THE WILD ROCKIES VS COTTRELL, 632 F3D 1127, 1138 - 1139
( 9TH CIRCUIT 2011 )  ABBOT LABS VS SANDOZ, INC, 544 F3D 1341, 1362-1363 ( FED CIR. 2008 ) " EFFECT ON PUBLIC INTEREST "

10. PLANTIFF ASKS THE COURT TO SET HIS OR HER APPLICATION FOR PRELIMINARY INJUNCTION FOR HEARING AT THE EARLIEST POSSIBLE TIME AND AFTER HEARING THE REQUEST, TO ISSUE A PRELIMINARY INJUNCTION AGAINST DEFENDANT/S.

### REQUEST FOR PERMANENT INJUNCTION

11. PLANTIFF ASKS THE COURT TO SET HIS OR HER APPLICATION FOR INJUNCTIVE RELIEF FOR FULL TRIAL ON THE ISSUES IN THIS APPLICATION AND, AFTER TRIAL, TO ISSUE A PERMANENT INJUNCTION AGAINST DEFENDANTS....

### RELIEF REQUEST :

FOR THESE REASONS, PLANTIFF ASKS THAT THE COURT DO THE FOLLOWING :

A. RETURN OF MY DAUGHTER TO SAFETY, BACK TO HER HOME AND FATHER, ASAP.

B. STAY PROCEEDINGS IN ACS / FAMILY COURT UNTIL THIS MATTER IS ADJUDICATED IN FEDERAL COURT.

C. DISMISSAL OF CASE AGAINST ROBERT MALEK IN STATE COURT.

D. AWARD COSTS FOR SUIT.

　　REFER ANY APPROPRIATE CRIMINAL VIOLATIONS OF FEDERAL LAW TO THE U.S. ATTORNEYS OFFICE. FOR EXAMPLE, 18 US 3283, 18 US 1201 AND 18 US 241, THE CRIMINAL COUNTERPART OF 18 US 242. CAPTA, ETC.

F. ENTER JUDGEMENT FOR PLANTIF IN AN AMOUNT UP TO 4,000,000,000 WHICH IS THE ANNUAL ACS NYC BUDGET.

G. NO VISITATION BETWEEN MY DAUGHTER AND HER MOTHER / MOTHERS SON ALONG WITH PROTECTIVE ORDERS IF POSSIBLE. SHE DESERVES TO HEAL FROM THIS NIGHTMARE AND NOT BE NEAR ANY FAMILY MEMBER WHOM WILL EVER HURT HER SUCH AS MARGARET INGOGLIA AND JOE PALOMINO. NEITHER SHE NOR ANY CHILD DESERVES WHAT SHE HAS GONE THROUGH.

I, ROBERT MALEK DECLARE UNDER PENALTY OF PERJURY TO THE BEST OF MY KNOWLEDGE AND BELIEF THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON ___2/22___, 2022

_____
ROBERT MALEK


RESPECTFULLY SUBMITTED,

BY: _____
ROBERT MALEK, PRO SE
1936 HEMPSTEAD TURNPIKE # 109
EAST MEADOW, NY 11554
ACSCOMPLAINTS@YAHOO.COM
718 757 4473