UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ROBERT MALEK, in care of M.M.,

                              Plaintiff,                1:22-CV-0167
                                                                                (BKS/DJS)
      v.

NEW YORK STATE
UNIFIED COURT SYSTEM, et al.,

                              Defendants.
_____

APPEARANCES:                               OF COUNSEL:

ROBERT MALEK
Plaintiff, pro se
East Meadow, NY 11554

BRENDA K. SANNES
Chief United States District Judge

## DECISION and ORDER

      Plaintiff Robert Malek ("Plaintiff") commenced this action by filing a pro se civil rights complaint against various individuals and entities. Dkt. No. 1 ("Compl.").[1] On August 23, 2022, Plantiff filed a motion for recusal of the undersigned, which was docketed in each of his three cases pending in this District. *See* Dkt. No. 18; *Malek I*, Dkt. No. 130; *Malek III*, Dkt. No. 6. By Decision and Order entered on September 6, 2022, this Court denied plaintiff's motion for recusal in *Malek I*. *See Malek I*, Dkt. No. 134. For the reasons set forth in that

---

[1] This action was originally assigned to the Honorable Thomas J. McAvoy. By Text Order entered on February 28, 2022, Senior Judge recused himself from this case and a prior case filed by plaintiff in this District, and both cases were reassigned to the undersigned for all further proceedings. *See* Dkt. No. 6; *Malek v. New York State Unified Court System, et al.*, 1:21-CV-1230 (BKS/DJS) ("*Malek I*"), Dkt. No. 9, (N.D.N.Y. filed Feb. 22, 2022). Thereafter, plaintiff commenced a third action in this District, which was deemed related to this action and therefore also assigned to the undersigned. *See Malek v. James et al.*, 1:22-CV-0855 (BKS/DJS) ("*Malek III*"), Dkt. No. 5 (N.D.N.Y. Aug. 19, 2022).

Decision and Order, plaintiff's motion for recusal in this case is also denied.

**WHEREFORE**, it is hereby

**ORDERED** that Plaintiff's motion for recusal (Dkt. No. 18) is **DENIED**; and it is further

**ORDERED** that the Clerk shall attach to this Decision and Order a copy of the Decision and Order entered in *Malek I* denying the same motion for recusal; and it is further

**ORDERED** that the Clerk shall serve a copy of this Decision and Order on the parties.

**IT IS SO ORDERED.**

Dated: September 6, 2022
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge